OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE OF THE
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED FIRST CLASS

COURT OF CRIMINAL APPEALS

U.T.F.

POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015
HINOJOSA, EDWARD          Tr. Ct. No. 1042235-A          WR-82,6...

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

*discharged*

U.T.F.

EDWARD HINOJOSA
BETO I UNIT - TDC # 1388352
1391 FM 3328
TENNESSEE COLONY, TX 75880          U TF

43B 75880